**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **FRANK CALABRESE,** | |
| **Plaintiff,** | Case No. 24-cv-05372 |
| v. | Hon. Judge Jorge L. Alonso |
| **COOK COUNTY BOARD OF REVIEW, a public body; SAMANTHA STEELE, in her individual and official capacity; and DAN BALANOFF, in his individual and official capacity,** | Hon. M. David Weisman |
| | JURY DEMANDED |
| **Defendants.** | |

## JOINT STIPULATION

Plaintiff Frank Calabrese, by his counsel Matthew Custardo, and Defendants Cook County Board of Review ("Defendant"), through Cook County State's Attorney Eileen O'Neill Burke, by her Assistants Cathy McNeil Stein and Rebecca M. Gest, and Commissioner Samantha Steele and Dan Balanoff, through Cook County State's Attorney Eileen O'Neill Burke, by her Assistants Mia Buntic and Dortricia Penn, hereby submit the following joint stipulation:

1. On June 27, 2024, Frank Calabrese ("Plaintiff"), filed a complaint against the BOR, Commissioner Samantha Steele and Dan Balanoff, First Assistant Commissioner and Chief of Staff for Commissioner Steele, stemming from Plaintiff's May 20, 2024 termination by Steele. Plaintiff contends that his termination was wrongful and retaliatory.

2. The BOR is governed by three Commissioners — Commissioner Steele, Commissioner Larry Rogers, Jr., and Commissioner George Cardenas. Each Commissioner is responsible for hiring and disciplining their respective staff.

3. Plaintiff was a member of Commissioner Steele's staff. Dan Balanoff was Plaintiff's Supervisor.

4. Neither Commissioner Rogers nor Commissioner Cardenas were personally consulted or otherwise participated in the decision to terminate Plaintiff's employment.

5. Neither Commissioner Rogers nor Commissioner Cardenas had personal knowledge concerning the facts and circumstances regarding the termination of Plaintiff's employment at the time of his termination.

6. Commissioner Steele had sole authority to terminate Plaintiff's employment. Commissioner Steele made the decision to terminate Plaintiff's employment. Dan Balanoff, as her chief of staff and designee, was responsible for carrying out the disciplinary process related to Plaintiff's employment. Commissioner Steele made the decision to, and did, terminate Plaintiff's employment. All terminations of District 2 employees are pre-approved by Commissioner Steele.

7. Commissioner Steele and Dan Balanoff deny that Plaintiff was terminated for any unlawful reason.

8. No party to this litigation admits to any liability or wrongdoing.

FRANK CALABRESE

By: *Frank Calabrese*
    Frank Calabrese

Date: December 16, 2024

SAMANTHA STEELE

By: _____
    Samantha Steele
    Commissioner, District 2
    Cook County Board of Review

Date: December 20, 2024

DAN BALANOFF

By: *Dan Balanoff*
    Dan Balanoff

Date: December 19, 2024

COOK COUNTY BOARD OF REVIEW

By: _____
    Cathy McNeil Stein
    Assistant State's Attorney
    Chief, Civil Actions Bureau
    Cook County State's Attorney's Office

Date: December 18, 2024