**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FRANK CALABRESE, an individual, ) | |
| Plaintiff, ) | Case No.: 1:24-cv-05372 |
| v. ) | |
| COOK COUNTY BOARD OF REVIEW, a public body; ) | Judge: Hon. Jorge L. Alonso |
| and SAMANTHA STEELE, in her individual and ) | |
| official capacity; DAN BALANOFF, in his individual ) | Magistrate: Hon. M. David Weisman |
| and official capacity; ) | |
| Defendants. ) | **JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff FRANK CALABRESE, by and through his undersigned counsel, hereby voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Parties have settled this case, and therefore the claims in this matter are dismissed with prejudice pursuant to the terms of the parties' settlement agreement.

                                                              Respectfully submitted,
                                                              FRANK CALABRESE

                                By:     /s/ Matthew R. Custardo
                                           One of his Attorneys

Matthew R. Custardo (ARDC #: 06329579)
CUSTARDO LAW, LLC
650 Warrenville Road, Suite 100
Lisle, IL 60532
Tel: 630-557-1451
matthew@custardolaw.com

**CERTIFICATE SERVICE**

      The undersigned attorney hereby certifies that on January 3, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this matter, as shown below:

*Eileen O'Neill Burke*
*State's Attorney of Cook County*
*Rebecca Gest*
*Assistant State's Attorney*
*500 Richard J. Daley Center*
*Chicago, Illinois 60602*
*(312) 603-7202*
rebecca.gest@cookcountysao.org
**Attorneys for the Cook County Board of Review**

*Eileen O'Neill Burke*
*State's Attorney of Cook County*
*Mia Buntic*
*Dortricia Penn*
*Assistant State's Attorney*
*Conflicts Counsel Unit*
*Cook County State's Attorney's Office*
*50 West Washington, Ste. 2760*
*Chicago, Illinois 60602*
*(312) 603-1434*
mia.buntic@cookcountysao.org
dortricia.penn@cookcountysao.org
**Attorneys for Samantha Steele and Dan Balanoff**

                                                /s/ Matthew R. Custardo

Matthew R. Custardo (ARDC #: 06329579)
CUSTARDO LAW, LLC
650 Warrenville Road, Suite 100
Lisle, IL 60532
Tel: 630-557-1451
matthew@custardolaw.com